# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
ex rel. ROLAND MORE,
         Plaintiff,

CASE NO. 14-CV-23375-
WILLIAMS/SIMONTON

vs.

TENET HEALTHCARE CORPORATION,
         Defendant.
_____/

## PLAINTIFF/RELATOR'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff/Relator, Roland More, by his undersigned counsel and pursuant to F.R.C.P 41 (a)(1)(i), hereby files this Motion for Voluntary Dismissal without Prejudice.

Respectfully submitted,

Mark J. Berkowitz, P.A.
Attorney for Plaintiff
800 S.E. Third Avenue
Suite 400
Ft. Lauderdale, Florida 33316
(954) 527-0570 Telephone
(954) 767-0483 Telecopier
E-Mail: mjb2157@aol.com.
Fla. Bar No. 369391

/s/ Mark J. Berkowitz
By: Mark J. Berkowitz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by the Court's electronic filing system, CM/ECF, on this 4th day of May, 2015, Susan Torres,

1

Assistant U.S. Attorney for the Southern District of Florida, 99 N.E. 4th Street, Third Floor, Miami, Florida 33132.

/s/ Mark J. Berkowitz
By: Mark J. Berkowitz