UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-CV-23375-WILLIAMS

UNITED STATES OF AMERICA,
ex rel. ROLAND MORE,

    Plaintiff,

vs.

TENET HEALTHCARE CORPORATION,

    Defendant.
_____/

### ORDER DISMISSING AND CLOSING CASE

**THIS MATTER** is before the Court on the Plaintiff's motion for voluntary dismissal (DE 12). Upon review of the motion and the record, this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and attorneys' fees. All pending motions are denied as moot and all hearings are canceled. The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this ___ day of May, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE